IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-01355-WYD-PAC
(consolidated with Case No. 05-CV-0067-WYD)

THE GILLETTE COMPANY,
BRAUN GMBH and
GILLETTE COMMERCIAL OPERATIONS NORTH AMERICA,
    Plaintiffs,

v.

SKYVISION, INC.
DANE ROBINSON, an individual, and
WATER PIK, INC.,
    Defendants.

## MINUTE ORDER

Order Entered by Magistrate Judge Patricia A. Coan
November 17, 2005

    THIS MATTER comes before the Court pursuant to the parties' Joint Motion and Stipulation for Extension of Time, Doc. # 34.  The Court finds good cause under Rule 16(b) and concludes that the motion should be granted.

    IT IS THEREFORE **ORDERED** that the Joint Motion and Stipulation for Extension of Time, Doc. #34, is GRANTED.  The Scheduling Order (Docket No. 26) is amended as follows.  The deadline set forth in section 7(a)(2) for plaintiffs to serve on defendants a list of all prior art on which plaintiffs rely including a description of how the prior art invalidates the claims is extended to **November 22, 2005**.  The deadline set forth in section 7(c)(1)(a), relating to the deadline by which plaintiffs must notify defendants as to the number of depositions to be taken, is extended to **December 1, 2005**.