IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01355-WYD-PAC

THE GILLETTE COMPANY;
BRAUN GMBH; and
GILLETTE COMMERCIAL OPERATIONS NORTH AMERICA,

    Plaintiff(s),

v.

SKYVISION, INC.,
DANE ROBINSON, and
WATER PIK TECHNOLOGIES, INC.,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion to Amend the Scheduling Order [filed December 12, 2005; Doc. No. 37] is **GRANTED** as follows:

    The parties have until **January 6, 2006**, to exchange a list of claim terms to be construed, including preliminary constructions.

    The parties have until **January 20, 2005**, to file a joint list of claim construction issues with the Court, stating the terms, phrases, or clauses on which the parties agree, the disputed issues, and support therefore, including supporting extrinsic evidence and identification of any witnesses submitting declarations or testifying at the *Markman* hearing.

    The parties have until **February 1, 2006**, to simultaneously file opening *Markman* briefs.

Dated:  December 19, 2005