IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01355-WYD-PAC

THE GILLETTE COMPANY;
BRAUN GMBH; and
GILLETTE COMMERCIAL OPERATIONS NORTH AMERICA,

    Plaintiff(s),

v.

SKYVISION, INC.;
DANE ROBINSON; and
WATER PIK TECHNOLOGIES, INC.,

    Defendant(s).

## ORDER REGARDING MOTION TO VACATE BRIEFING DEADLINES

THIS MATTER is before the Court on the Parties' Joint and Stipulated Motion to Vacate Briefing Deadlines (the "Motion"), filed January 26, 2006.  Upon consideration of the Motion, it is hereby

ORDERED that the Motion is **GRANTED** and the following briefing related deadlines are hereby **VACATED**: the January 27, 2006 deadline for exchanging claim construction issues and for submitting opening *Markman* briefs, and the February 22, 2006 deadline for submitting responsive *Markman* briefs.  It is

FURTHER ORDERED that the parties shall submit a written statement concerning the status of settlement, and the impact of that status on the remaining schedule in this action, on or before **Monday February 6, 2006**.

Dated: January 27, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge