IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01355-WYD-PAC

THE GILLETTE COMPANY;
BRAUN GMBH; and
GILLETTE COMMERCIAL OPERATIONS NORTH AMERICA,

    Plaintiff(s),

v.

SKYVISION, INC.;
DANE ROBINSON; and
WATER PIK TECHNOLOGIES, INC.,

    Defendant(s).

---

## ORDER

---

THIS MATTER is before the Court on the Parties' Stipulated Motion to Vacate the Currently Scheduled *Markman* Hearing, filed February 7, 2006 ("Motion").  Upon consideration of the Motion, it is hereby

ORDERED that the Motion is **GRANTED**.  It is

FURTHER ORDERED that the *Markman* hearing previously scheduled for March 9, 2006, is **VACATED**.  It is

FURTHER ORDERED that the Parties shall submit a written statement concerning the status of settlement on or before February 20, 2006.

Dated: February 8, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge