IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01355-WYD-PAC

THE GILLETTE COMPANY;
BRAUN GMBH; and
GILLETTE COMMERCIAL OPERATIONS NORTH AMERICA,

    Plaintiff(s),

v.

SKYVISION, INC.;
DANE ROBINSON; and
WATER PIK TECHNOLOGIES, INC.,

    Defendant(s).

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the Parties' Stipulation of Dismissal, filed March 3, 2006, in which the parties advise that each of the Plaintiffs' claims and each of Defendants' counterclaims is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1).  Upon review of the Stipulation and the file in this matter, I conclude that this case should be dismissed.  Therefore, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to pay their own costs, attorneys' fees, and expenses.

Dated:  March 7, 2006

                                              BY THE COURT:
                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge